Case No. 19-99005

United States Court of Appeals
for the Ninth Circuit

| | |
|---|---|
| Tracy Allen Hampton<br><br>        Appellant,<br><br>vs.<br><br>David Shinn,<br><br>        Appellee. | D.C. No. 2:14-cv-02504-ROS<br>(District of Arizona, Phoenix)<br><br>**Unopposed Motion for Extension of Time to File Petition for Rehearing/En Banc (First Request)**<br><br>DEATH PENALTY CASE |

Rene L. Valladares
Federal Public Defender
Randolph M. Fiedler
Assistant Federal Public Defender
Stacy M. Newman
Assistant Federal Public Defender
David Anthony
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577

Counsel for Appellant

Petitioner Tracy Allen Hampton, through counsel, hereby requests an extension of time of 59 days, up to and including September 19, 2025, within which to file his petition for rehearing/rehearing en banc. The State does not oppose Mr. Hampton's request.

This request for an extension of time is made and based on the following declaration of counsel and the entire file herein.

Dated this 15th day of July, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Randolph M. Fiedler*
Randolph M. Fielder
Assistant Federal Public Defender

**DECLARATION OF RANDOLPH M. FIEDLER**

I, Randolph M. Fiedler, declare as follows:

1.      I am an attorney at law, admitted to practice before this Court and employed as an Assistant Federal Public Defender. I am assigned to represent Tracey Allen Hampton in this capital habeas case.

2.      I am responsible for preparing and filing the petition for rehearing/rehearing en banc, which is currently due on July 22, 2025.

3.      I am requesting an extension of time of 59 days, up to and including September 19, 2025, within which to file and serve the petition for rehearing/rehearing en banc. This is Mr. Hampton's first request for an extension of time.

4.      I have already reviewed the opinion and dissent closely, and conferred with co-counsel about drafting the petition, and have begun outlining the relevant arguments. Although I have made progress, I need additional time to sufficiently research, prepare, and complete the petition.

5.      In addition to working on Mr. Hampton's case, I have had to invest significant time on other capital habeas cases. Specifically, in *Ybarra v. Warden*, (No. 89824), I had a reply brief due on July 14, 2025,

before the Nevada Supreme Court. That case is on an expedited briefing schedule because it stayed a warrant of execution, and the Court ordered that extensions of time would not be granted. Additionally, because that case is in an end-stage litigation posture, I anticipate ongoing obligations related to Mr. Ybarra's case. I have also had to work on a reply brief for *Williams v. Royal*, No. 23-99006, due before this Court on October 9, 2025.

6. To fulfill my ethical obligations to Mr. Hampton, I need additional time to prepare the petition for rehearing/en banc. The 59 days requested will allow me to complete this petition for rehearing/petition for rehearing en banc in accordance with my duty to provide Mr. Hampton with effective representation and to assist this Court in adjudicating Mr. Hampton's case. This request is not made for the purpose of delay or for any other improper purpose, but only to ensure that this office provides competent representation to Mr. Hampton. Nev. R. Prof. Conduct 1.1.

7. On July 15, 2025, I emailed opposing counsel Jason D. Lewis, Section Chief Counsel, and Jeffrey L. Sparks, Acting Chief

4

Counsel, about this request. As of the time of writing this declaration, I have not received a response to my request.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 15, 2025, in Las Vegas, Nevada.

/s/ *Randolph M. Fiedler*
Randolph M. Fiedler
Assistant Federal Public Defender